UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

B&P LITTLEFORD, LLC,

      Plaintiff/Counter-Defendant,

v.

      Case No. 25-cv-13348

PRESCOTT MACHINE, LLC, and
RAY MILLER

      Honorable Robert J. White

      Defendants/Counter-Plaintiffs.

## ORDER DIRECTING SUPPLEMENTAL BRIEFING

The plaintiff, B&P Littleford, LLC, filed this lawsuit on October 21, 2025. Among the claims it advances is one for copyright infringement. B&P alleges that the defendants, Prescott Machine, LLC, and Ray Miller, used its copyrighted high- and low-speed blade-part drawings for 150-gallon vertical mixers—fourteen of which were registered with the Copyright Office—to create derivative drawings. Relying on what it characterizes as indirect evidence of infringement, B&P seeks a preliminary injunction barring Prescott and Miller from using any infringing blade-part drawings. The Court heard argument on that motion on April 21, 2026.

Although a copyright holder's rights "exist apart from registration," a plaintiff may bring suit only for works that have been registered or preregistered with the

Copyright Office. *Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC*, 586 U.S. 296, 301–02 (2019). B&P's claim is therefore confined to the fourteen blade-part drawings it registered before initiating this litigation. *See* ECF No. 2, PageID.166–67. Where, as here, a plaintiff proceeds on indirect evidence, generally, it must show that the alleged infringer had access to the copyrighted material at the time the challenged works were created. *Jones v. Blige*, 558 F.3d 485, 491 (6th Cir. 2009). And access may not be inferred from "mere speculation or conjecture." *Id.* (citation modified). Accordingly, the parties will be directed to file supplemental briefing on what evidence in the preliminary record, if any, demonstrates that Prescott and Miller had access to the relevant blade-part drawings when they produced the works at issue.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit supplemental briefing on what evidence in the preliminary record, if any, demonstrates that Prescott and Miller had access to the relevant blade-part drawings when they produced the works at issue, **not to exceed five pages on or before April 23, 2026**.

**SO ORDERED.**

Dated: April 22, 2026                              s/Robert J. White
                                                   Robert J. White
                                                   United States District Judge